# Exhibit 1

Contact Us

Mar. 9, 2015

**THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SANTA CLARA**

## Public Access Civil Case Information Website

Home » Civil Index » Case Number Search » Case Number Results » **Register of Actions/Docket for Case Number 1-15-CV-276799**

### Register of Actions/Docket

*Notice:* The Superior Court of California, County of Santa Clara declares that information provided by and obtained from this site (*www.sccaseinfo.org*) is intended for use on a case by case basis and typically by parties of record and participants, and does not constitute the official record of the court. Any user of the information is hereby advised that it is being provided as is and that the information may be subject to error or omission. The user acknowledges and agrees that the Superior Court of California, County of Santa Clara is not liable for the accuracy or validity of the information provided.

### Case Information                                     Associated Cases

Number: **1-15-CV-276799**
Title: **Duncan V. Ebay, Inc.**
Category: **Business Tort, Unfair Practice - Unlimited**
Filed: **2/13/2015** Disposed: **None** Status: **Open**

Calendared Events             **Involved Parties**             Documents

| Type | Name | Disposition |
|---|---|---|
| Plaintiff | Joel Duncan<br>None | None |
| Defendant | Ebay, Inc.<br>None | None |

Involved Parties             **Calendared Events**             Documents

| Date | Time | Dept. | Event Description | Result Description | By | Date | Notice Printed | Reset To | From |
|---|---|---|---|---|---|---|---|---|---|
| 6/12/2015 | 10:00AM | 01 | CV CMC-Case Management Conf | None | None | None | None | None | None |
| 3/27/2015 | 09:00AM | 01 | CV Appl: Counsel Pro Hac Vice | None | None | None | None | None | None |
| 3/27/2015 | 09:00AM | 01 | CV Appl: Counsel Pro Hac Vice | None | None | None | None | None | None |

Involved Parties             **Documents**             Calendared Events

For an explanation of the abbreviations used in the Document Description/Text columns, click here.

| Number-Sequence | Document Description | Document Text | Filed | Ruling | Date |
|---|---|---|---|---|---|
| 0010-000 | Cv Court Reporter Fee < 1 Hour | Click for text | 03/04/2015 | None | 03/04/2015 |
| | **For:** Joel Duncan / PLT | | | | |
| 0009-000 | Cv Appl/Ord:Appear Pro Hac Vice | Click for text | 03/04/2015 | None | None |
| | **For:** Joel Duncan / PLT | | | | |
| 0008-000 | Cv Court Reporter Fee < 1 Hour | Click for text | 03/04/2015 | None | 03/04/2015 |
| | **For:** Joel Duncan / PLT | | | | |
| 0007-000 | Cv Appl/Ord:Appear Pro Hac Vice | Click for text | 03/04/2015 | None | None |
| | **For:** Joel Duncan / PLT | | | | |
| 0006-000 | Cv Order Deeming Case Complex | Click for text | 03/03/2015 | None | 03/03/2015 |
| 0005-000 | Cv Jury Fee Deposit | Click for text | 02/13/2015 | None | 02/13/2015 |
| | **For:** Joel Duncan / PLT | | | | |
| 0004-000 | Cv Complex Lit/Provisional | Click for text | 02/13/2015 | None | 02/13/2015 |
| | **For:** Joel Duncan / PLT **Against:** Ebay, Inc. / DEF | | | | |
| 0003-000 | Cv Summons Filed | | 02/13/2015 | None | 02/13/2015 |
| | **For:** Joel Duncan / PLT **Against:** Ebay, Inc. / DEF | | | | |
| 0002-000 | Cv Complex Complaint | | 02/13/2015 | None | 02/13/2015 |
| | **For:** Joel Duncan / PLT **Against:** Ebay, Inc. / DEF | | | | |
| 0001-000 | Cv Case Cover Sheet | | 02/13/2015 | None | 02/13/2015 |
| | **For:** Joel Duncan / PLT **Against:** Ebay, Inc. / DEF | | | | |

For an explanation of the abbreviations used in the Document Description/Text columns, click here.



RETURN

Main Court Website | Contact | Disclaimer

© 2011 Superior Court of Santa Clara County