ROBERT W. THOMPSON (SBN: 250038)
THOMPSON LAW OFFICES, P.C.
700 Airport Blvd., Suite 160
Burlingame, CA 94010
Telephone: (650) 513-6111
Facsimile:  (650) 513-6071

Attorney for Plaintiff Joel Duncan

WILLIAM P. DONOVAN, JR. (SBN: 155881)
NATHANIEL R. COOPER (SBN: 262098)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL DUNCAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., a corporation,<br><br>Defendant. | Case No.: 5:15-cv-01332<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

STIPULATION FOR VOLUNTARY DISMISSAL
1

IT IS HEREBY STIPULATED by and between Plaintiff Joel Duncan and Defendant eBay Inc., through their respective counsel of record, that the above titled action shall be dismissed in its entirety as to all parties without prejudice pursuant to FRCP 41(a)(1)(A)(ii), each side to bear their own fees and costs.

DATED: April 9, 2015					THOMPSON LAW OFFICES, P.C.


							By: /s/ Robert W. Thompson
							     Robert W. Thompson, Esq.
							     Attorney for Plaintiff Joel Duncan

DATED: April 9, 2015					COOLEY LLP


							By: /s/ William P. Donovan, Jr.
							     William P. Donovan, Jr., Esq.
							     Attorneys for Defendant eBay Inc.


*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Robert W. Thompson hereby attests that concurrence in the filing of this document has been obtained.*

## CERTIFICATE OF SERVICE

*DUNCAN v. EBAY INC.*
USDC, Northern District Case No.: 5:15-cv-01332

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 700 Airport Blvd., Suite 160, Burlingame, California 94010.

On April 9, 2015, I served the within document(s) described as:

**STIPULATION FOR VOLUNTARY DISMISSAL**

on the interested parties in this action as stated below:

WILLIAM P. DONOVAN, JR., ESQ.
NATHANIEL R. COOPER, ESQ.
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111

☐ (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Burlingame, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (FACSIMILE) by transmitting a true copy of said document from facsimile machine whose telephone number is 650-513-6071, pursuant to California Rules of Court, Rule 2.306. The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(h), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. Said fax transmission occurred as stated in the transmission record attached hereto. Said fax transmission was directed above.

☐ (ELECTRONIC MEANS) I caused such document(s) to be Electronically Served through the Court's ECF/CM Sytem.

☐ (PERSONAL DELIVERY) I caused such document(s) to be personally served on the person listed above. .

Executed on April 9, 2015, at Burlingame, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Casey A. Gee
(Type or print name)

*/s/ Casey Gee*
(Signature)